```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12422
   RONAL J ALVAREZ SR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9452


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/15/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------

AMERICREDIT FINANCIAL SV  UNSECURED         15149.37           .00             .00
ASPEN NATIONAL COLLECTIO  UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           711.22           .00             .00
CAPITAL ONE               UNSECURED          1048.09           .00             .00
CHASE BANK                UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00             .00
CREDIT COLLECTION SERVIC  UNSECURED        NOT FILED           .00             .00
DIVERSIFIED ADJUSTMENT S  UNSECURED        NOT FILED           .00             .00
FMBM CREDIT ONE BANK      UNSECURED        NOT FILED           .00             .00
PREMIER BANKCARD          UNSECURED           347.09           .00             .00
PREMIER BANKCARD          UNSECURED           386.92           .00             .00
JVDB ASSOC                UNSECURED        NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00             .00
MERRICK BANK              UNSECURED           727.75           .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00             .00
ECMC                      UNSECURED          2254.15           .00             .00
SALLIE MAE                UNSECURED        NOT FILED           .00             .00
PHARIA LLC                UNSECURED           486.47           .00             .00
ROUNDUP FUNDING LLC       UNSECURED           695.52           .00             .00
ARROW FINANCIAL SERVICES  UNSECURED           723.51           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 12422 RONAL J ALVAREZ SR
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                       ---------------   ---------------
TOTALS                                            .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/19/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE